IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN RIVERA, JR., | No. 4:19-CV-01880 |
| Petitioner, | (Judge Brann) |
| v. | |
| KEVIN RANSOM, *et al.*, | |
| Respondents. | |

## ORDER

**APRIL 13, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 1, is **DISMISSED WITHOUT PREJUDICE** as untimely.

2. Petitioner shall have thirty (30) days from the date of this Order to present the Court with any argument he cares to advance regarding equitable tolling. Failure to do so shall result in the Petition being dismissed with prejudice without further warning.

3. A certificate of appealability shall not issue.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge